IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JULIAN CHUAN HUI LIM, Defendant. | No. 3:25-mj-00544-KFR |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Yi-Lin Lee, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the United States Department of Homeland Security, United States Customs and Immigration Enforcement, Homeland Security Investigations, currently assigned to the Resident Agent Charge Office in Anchorage, Alaska. I have been employed in the capacity as a SA since October 2009. My duties as an HSI Agent include investigating criminal violations relating to child exploitation, narcotics trafficking, counter-proliferation, financial crimes, executing and serving federal warrants and subpoenas, making warrantless arrests, and investigating violations of federal law. I have received formal training in federal laws and regulations in areas relating to immigration and customs. I have also graduated from the Criminal Investigator Training Program and the ICE Special Agent Training Program at the Federal Law Enforcement Training Center. Previously, I served as an officer in the U.S. Coast Guard for approximately five years

Aug 29, 2025

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that Julian Chuan Hui LIM has committed the following federal criminal offenses: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1349, and Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. Homeland Security Investigations (HSI) recently opened an investigation regarding an investment scam in which E.M., a victim in Anchorage, Alaska, was instructed to provide U.S. currency, later to be converted into cryptocurrency or cryptocurrency-based funds as an investment.

5. On or about December 29, 2024, E.M. met a female online via Facebook, going by the name Jessica GABRIEL (hereafter referred to as GABRIEL). The two began chatting on Facebook before GABRIEL asked E.M. to join the instant messaging service Telegram to continue their conversations. She used the Telegram handle @Gabrieljesssica01 and indicated a date of birth of January 1, 1984. She communicated with E.M. via the phone number for her Telegram account of +856 20 54 931 265.

Aug 29, 2025

3:25-mj-00544-KFR    Page 2 of 14

Case 3:25-mj-00544-KFR    Document 1-1    Filed 09/02/25    Page 2 of 14

6. GABRIEL claimed to reside in the Philippines. The two exchanged intimate texts and photographs of sexual nature on multiple occasions.

7. Through the course of E.M. and GABRIEL's communication, GABRIEL encouraged E.M. to invest in cryptocurrency and related funds through a site called CoinTok.cc[1]. She claimed that she has had great success investing in cryptocurrency. She coached E.M. to download Crypto Onchain app on his phone to access the webpage, Cointok.cc, by its internal search function. From there, she also coached him to 'open an account' with CoinTok.cc so he can reap above the market returns.

8. Beginning in early January 2025, under coaching by GABRIEL, E.M. started to convert currency to cryptocurrency and then transferring it to various cryptocurrency wallets in her and her acquaintance's control[2]. GARBRIEL coached E.M. to convert currency to cryptocurrency in legitimate cryptocurrency exchanges such as Coinbase and Crypto.com, so it has an appearance of legitimacy for subsequent transfers and 'funding of the CoinTok. Through this circuitous manner, E.M. funded CoinTok.cc through his Fidelity retirement and regular savings accounts, his wife's bank account, and his son's 529 college investment account, and was almost exclusively coached to do so by GABRIEL, who often enticed him with intimate texts.

---

[1] In a photo from E.M.'s phone, law enforcement found a certificate from CoinTok titled Platform Announcement, dated April 28, 2025, in which CoinTok announced the "upgrade" of its name to CoinSky. In this photo showing the certificate, CoinTok claims its location to be at 1720 California Street, Denver, Colorado.

[2] Between January to July 2025, GABRIEL coached E.M. to transfer cryptocurrencies up to approximately 20 different wallets.

Case 3:25-mj-00544-KFR    Document 1-1    Filed 09/02/25    Page 3 of 14

9. In one of these wire transfer instances, GABRIEL coached E.M. to fund his CoinTok.cc account via Strike: Bitcoin, a cryptocurrency exchange. On or around January 13, 2025, E.M., under GABRIEL's coaching, transferred $130,000 from his Global Federal Credit Union in Alaska to Strike: Bitcoin so it could be converted to cryptocurrency and transferred to CoinTok.cc. However, E.M. deviated from GABRIEL's coaching and noted to Strike: Bitcoin that the transfer was intended for CoinTok. As a result of this disclosure, Strike: Bitcoin promptly shut down his account and started processing the return of his fund to Global Federal Credit Union account. Upon learning the mistake, GABRIEL scolded E.M. harshly and ordered that he undo his communication to Strike: Bitcoin. However, she also appeared to E.M. as having leverage with Strike: Bitcoin and effected the return of $130,000 to E.M.'s Global Federal Credit Union account on January 15, 2025. This bolstered E.M.'s confidence in GABRIEL's capability and connection.

10. GABRIEL urged E.M. to set up cash pickup in person through CoinTok.cc's "Customers Service" in which CoinTok.cc would send "Cash Managers" to pick up cash from E.M.'s house. In those instances, after being coached to withdraw or cash out his various accounts, E.M. would send GABRIEL photographs of the cash via Telegram. She would then urge him to contact CoinTok.cc's "Customer Service" via the chat function of CoinTok.cc, which also included the photographs of the cash. Upon contacting CoinTok.cc's "Customer Service", he would receive instructions such as a specific date and time for the meeting, as well as the name and phone number of the "cash managers". CoinTok.cc's Customer Service would text him a photo of a dollar bill with its serial number. When the specific date and time arrived, the "cash managers" would present E.M.

the dollar bills from the text photo bearing the same serial number[3], and he would hand the cash over to the "cash managers".

11. Based on E.M.'s statement and his Telegram texts with GABRIEL, below is a list of the known instances of cash pickups by specific "cash managers":

   A) On or about January 22, 2025, $165,000 in cash by "Andy",

   B) On or about May 9, 2025, $100,000 in cash by "Jay Wang",

   C) On or about June 3, 2025, $110,000 in cash by "Nick",

   D) On or about June 9, 2025, $140,000 is cash by "Nick", together with another "cash manager"

12. E.M. noted that his CoinTok.cc account value promptly reflected the value of cash that the "cash managers" picked up from him. He also informed me that CoinTok.cc's Customers Service would not send "cash managers" unless there was $100,000 or more to be picked up.

13. On May 14, 2025, law enforcement with the South Dakota Division of Criminal Investigation arrested Chee Yeng Wong, the male known to E.M. with the handle of "Jay Wang" for violation of Aiding, Abetting Aggravated Grand Theft, a Class C Felony under South Dakota state criminal statute 22-30A-17.1. He was arrested as he arrived to in Chamberlin, South Dakota to pick up $100,000.00 in cash from another fraud victim that went by R.S. This is the same "Jay Wang" who previously picked up $100,000 in cash on

---

[3] Other law enforcement officers familiar with the practice informed me that this is a common practice among drug trafficking organizations (DTOs) and money laundering organizations (MLOs).

May 9, 2025, from E.M. and was known to R.S. under the same handle.

14. Wong advised law enforcement that he worked for someone who told him where to go and how much money to collect from people. Wong advised that he met with R.S. several times and collected money from him.

15. Based on Wong's phone records, law enforcement verified that Wong placed several calls to E.M. on May 8, 2025. This was one day after CoinSky's Customer Service sent E.M. the following message on May 7:

> "Dear user, our manager Jay Wang will go to your address to collect cash at noon on May 9. This is the token you get when you collect the cash, please remember this note. Jay Wang will give you this one dollar note. Please give $100,000 to our manager Jay Wang. Our manager is Jay Wang, phone number: 6267137765, he will contact you later." (Exhibit 1)

Aug 29, 2025



**Exhibit 1**

16.     On or around May 12, 2025, based on his balances shown in CoinTok's app (now rebranded as CoinSky), E.M. decided and indicated to CoinSky's Customers' Service that he would like to withdraw $1,600,000 from his account. CoinSky's Customers' Service informed him that he needed to deposit $100,000 prior to being able "to continue to redeem and withdraw prizes".

17.     Also on the same day, he provided his login information for Global Federal Credit Union to GABRIEL, because she wants to have her 'uncle' to confirm how much E.M. can receive via check as her 'uncle' has money to send him to cash him out of his CoinSky

account. "I am doing this for you", she assured him.

18. On August 26, 2025, and at my direction, E.M. sent two photographs, one of $200,000 in sham cash and another $100,000 sham cash which he held in his hand to GABRIEL together as: 1) what he needs to pay CoinSky to withdraw his $1,600,000, and 2) additional investment through CoinSky from a non-existent acquaintance. GABRIEL told E.M. to contact CoinSky Customer Service as before. E.M. followed GABRIEL's instructions to contact CoinSky Customer Service and was then told on August 27 that with such a large sum, a team of two "Cash Managers" would arrive at his residence to pick up at 4:00 p.m. on August 28. The instructions indicated that one of the two "Cash Managers," going by the name of "Karen", would contact him (Exhibit 2). The "cash manager's" phone number was 6266324522 (Exhibit 3). Later that same day, "Karen" contacted E.M. by phone from the same number to confirm the pickup. E.M. observed "Karen's" accent sounded Asian.

Aug 29, 2025



Exhibit 2

Aug 29, 2025



**Exhibit 3**

19.     On August 28, 2025, an Asian woman in her mid-20s to mid-30s arrived outside of E.M.'s residence located in Anchorage. Law enforcement observed an Asian woman in her mid-20s to mid-30s exit a minivan type of vehicle with her backpack and a roller luggage to meet E.M. at the driveway. After presenting the dollar bill bearing the same serial

number depicted in the photograph above, E.M. quickly revealed sham cash within a FedEx box to the Asian woman. The Asian woman accepted E.M.'s sham cash contained in a FedEx box and asked to count the case inside E.M. house. E.M. protested that previous couriers did not ask to count the cash in his presence. The Asian woman placed the cash into the roller luggage. E.M. photographed her placing the box into luggage (see Exhibit 4). The Asian woman accidentally dropped what appears to be a phone SIM card on the ground before picking it up. At the end of the meeting, she got back into the vehicle.



**Exhibit 4**

20.     A short while later, law enforcement stopped the minivan type of vehicle with the

Case 3:25-mj-00544-KFR    Document 1-1    Filed 09/02/25    Page 11 of 14

Asian woman and arrested her. I informed her of her rights and asked if she is willing to speak with me. She acknowledged and agreed to speak with me after verbally waiving her right. She told me that she was to travel back to the Ted Stevens International Airport in Anchorage and fly back to Los Angeles at 2300 hours. In addition, she told me the box of sham cash is inside her roller luggage.

21. I transported the Asian woman to HSI Anchorage office space and memorialized her consent to search her luggage and backpack and her waiver of right to speak to me and my co-investigator and analyst. Based on the Malaysia passport the Asian woman was carrying, her name is Julian Chuan Hui LIM. I informed her of her rights, and she waived it for the subsequent consensual interview, she stated that she entered the United States through Los Angeles in early July. Later in July, she saw an advertisement in the **Little Red Book,** a Chinese social media phone app advertising work as a cash courier, she responded where the discussion was carried to the Telegram app. Shortly after she started working as a courier. She stated that she traveled to Tulsa, Oklahoma, and Seattle, Washington to pick up cash. She knew the first name of E.M. When asked the reason she was told these cash needed to be picked up, she told me that she believed the cash needed to be picked up in person because the people with them are too lazy to travel to deliver them. In addition, she made the following admission:

- Someone shows up at her California residence in Rosemead to hand her the dollar bill for authentication in an envelope.

- She gets paid 2.5% for each $10,000 but that she never picked up more than

$10,000.

- She never filed any reports to any government agencies, nor is she licensed to transport other individuals' cash.
- Based on her consent to search her luggage and bag, where I found $3070 in US dollars, she stated that part of the $3070 is proceeds of picking up these cash.
- She does not know who hired her to pick up cash nor does she know who picks up cash from her at her California residence.
- She is not allowed to contact other couriers like her.
- In the past, she worked for a China-based cryptocurrency company, and subsequently, a Singapore-based cryptocurrency company.

22. I seized two iPhones and 1 MacBook Air laptop from her. One of the iPhones is missing the SIM card which was not located.

23. Law enforcement processed her and booked her into Highland Correctional Complex.

## CONCLUSION

24. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Julian Chuan Hui LIM has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for Julian Chuan Hui LIM's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

Aug 29, 2025

RESPECTFULLY SUBMITTED,

_____
YI-LIN LEE
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 on

_____
THE HON. K. F. REARDON
U.S. Magistrate Judge
DISTRICT OF ALASKA
August 29, 2025